sxb

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff <br><br> v. <br><br> Brad Purdy (3) <br><br> Defendant | Case No. 19 CR 864-3 <br> Judge Jeffrey Cummings |

### ORDER

Initial appearance proceedings held. Defendant having self-surrendered appears on 12/9/19. Defendant informed of his rights. Attorney Theodore Poulos appears as retained counsel for defendant. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges.

Arraignment proceedings held. Defendant acknowledges receipt of the superseding indictment; waives formal reading and enters a plea of not guilty to each count in which he is named. Rule 16.1(a) conference to be held by 1/6/20. Status hearing before Judge Durkin set for 1/23/20 at 9:00 a.m. In the interest of justice, time is excluded from 12/9/19 to and including 1/23/20 pursuant to 18 USC 3161 (h)(7)(B)(iv).

The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant, Brad Purdy (3) shall be released after processing by the United States Marshals Service.

(00:20)

Date: 12/9/2019

_____
Jeffrey Cummings
U.S. Magistrate Judge